United States District Court
Southern District of Texas
**ENTERED**
August 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRAVIS RATTLE, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04484 |
| | § | |
| FRANK BISIGNANO, | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On September 22, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Yvonne Y. Ho under 28 U.S.C. § 636(b)(1). (Dkt. 3). Judge Ho filed a *Memorandum and Recommendation* on July 29, 2026, recommending that Plaintiff's Motion for Award of Attorney's Fees (Dkt. 24) be granted. (Dkt. 25).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Ho's *Memorandum and Recommendation* (Dkt. 25) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Motion for Award of Attorney's Fees is **GRANTED**; and

(3) The Final Judgment entered in this case will incorporate an award of $3,901.22 in attorney's fees made payable to Plaintiff, but Defendant may send the payment to Plaintiff's counsel.

It is so **ORDERED**.

SIGNED at Houston, Texas on August 13, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE